[No. 13691-1-II.   Division Two.   May 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00627-6, James I. Maddock, J., entered February 5, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 13766-6-II.   Division Two.   May 7, 1992.]

WILLIAM L. WITTY, SR., *Appellant*, v. NORTHWEST FARM BUREAU INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 89-2-00932-1, David R. Draper, J., entered March 2, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 13983-9-II.   Division Two.   May 8, 1992.]

DENNIS BOGLE, ET AL, *Respondents*, v. BURL E. DUNNIGAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No 88-2-00766-1, Barbara D. Johnson, J., entered May 24, 1990. *Affirmed in part* and *vacated in part* by unpublished opinion per Alexander, J., concurred in by Morgan, A.C.J., and Seinfeld, J.